**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERYL MOULTON, individually and on behalf of all others similarly situated, | 3:08-cv-00176-RCJ-RAM |
| Plaintiffs, | **ORDER** |
| v. | |
| EUGENE BURGER MANAGEMENT CORPORATION, a California Corporation; EUGENE J. BURGER; KEVIN BERG; KAREN BRIGG; PHIL FRINK & ASSOCIATES, INC.; PHILLIP E. FRINK; GAYLE A. KERN, LTD; GAYLE A. KERN; ULLA CHRISTENSEN, both as individual and Lakeside Plaza Board Director; DANIEL JOSEPH, both as individual and Lakeside Plaza Board Director; FRANK A. PERAU, both as individual and Lakeside Plaza Board Director; RICH SVIHLA, both as individual and Lakeside Plaza Board Director; LAKESIDE PLAZA CONDOMINIUM ASSOCIATION; and DOES 1-500, | |
| Defendants. | |

Currently before the Court is a Motion to Dismiss or for Summary Judgment filed by Defendant Gayle A. Kern, Ltd. ("Kern") on January 11, 2010. Plaintiff did not file an opposition.

Under Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." However, "a nonmoving party's failure to comply with local rules does not excuse the moving party's

affirmative duty under rule 56 to demonstrate its entitlement to judgment as a matter of law." See Martinez v. Stanford, 323 F.3d 1178, 1182 (9th Cir. 2003) (citing Fed. R. Civ. P. 56).

The Court has fully considered Kern's Motion, the evidence presented, and applicable law. Kern has affirmatively demonstrated its entitlement to summary judgment by showing that there is no genuine issue of material fact and it is entitled to judgment as a matter of law as to Plaintiff's Fair Debt Collection Practices Act claim.

Based on the foregoing, it is hereby ORDERED that Defendant Gayle A. Kern, Ltd.'s Motion to Dismiss or For Summary Judgment (#120) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

Dated this __30th__ day of April, 2010.

_____
United States District Judge

2