UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHERYL MOULTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EUGENE BURGER MANAGEMENT CORPORATION, a California Corporation; EUGENE J. BURGER; KEVIN BERG; KAREN BRIGG; PHIL FRINK & ASSOCIATES, INC.; PHILLIP E. FRINK; GAYLE A. KERN, LTD; GAYLE A. KERN; ULLA CHRISTENSEN, both as individual and Lakeside Plaza Board Director; DANIEL JOSEPH, both as individual and Lakeside Plaza Board Director; FRANK A. PERAU, both as individual and Lakeside Plaza Board Director; RICH SVIHLA, both as individual and Lakeside Plaza Board Director; LAKESIDE PLAZA CONDOMINIUM ASSOCIATION; and DOES 1-500,<br><br>Defendants. | 3:08-cv-00176-RCJ-RAM<br><br>**ORDER** |

Currently before the Court is a Request for Entry of Judgment (#130) filed by Defendant Gayle A. Kern, Ltd. ("Kern") on July 12, 2010. Plaintiff did not file an opposition.

Under Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

On April 30, 2010, the Court entered an Order (#126) dismissing the claims asserted against Kern. On May 3, 2010, Judgment (#127) was entered and costs were taxed in the amount of $1,130.78. Kern now requests the Court to enter judgment in favor of Kern and

against Plaintiff in the amount of $1,130.78, plus interest.  As noted, Plaintiff has filed no objection.

The Court has fully considered Kern's Request and based on the foregoing, it is hereby ORDERED that Defendant Gayle A. Kern, Ltd.'s Request for Entry of Judgment (#130) is GRANTED.  The Clerk of the Court shall enter judgment accordingly.

Dated this 29th day of November, 2010.

_____
United States District Judge