AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

SHERYL MOULTON, individually and
on behalf of all others similarly situated,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:08-cv-00176-RCJ-RAM**

EUGENE BURGER MANAGMENT
CORPORATION, a California
Corporation, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the Request for Entry of Judgment (#130) filed by Defendant Gayle A. Kern, Ltd. ("Kern") on July 12, 2010. is **GRANTED**, and Judgment is hereby entered in favor of Kern and against Plaintiff in the amount of $1,130.78 plus interest.

  November 29, 2010   **LANCE S. WILSON**
                                                                                Clerk

                                                                    /s/ D.R. Morgan
                                                                       Deputy Clerk