AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

SHERYL MOULTON,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:08-cv-00176-RCJ-RAM**

EUGENE BURGER MANAGEMENT
CORPORATION, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss Plaintiff's Complaint (Docket #131) is GRANTED.

  1/14/2011                                             **LANCE S. WILSON**
                                                                  Clerk

                                                                 /s/ P. McDonald
                                                                 Deputy Clerk